FILED

2026 Jul-31  AM 09:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No. 2:26-cr-147-LCB-NAD** |
| ) | |
| **CHRISTOPHER M SAULTER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On July 9, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Nicholas A. Danella. A Report and Recommendation was filed on July 10, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**, and the guilty plea is accepted.

**DONE** and **ORDERED** this July 29, 2026.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE